ACCEPTED
04-15-00596-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 10:09:15 PM
KEITH HOTTLE
CLERK

No. 2014-CR-2691

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | 175th JUDICIAL DISTRICT |
| | § | |
| ISIDRO ESPINOSA SOLIS | § | BEXAR COUNTY, TEXAS |

### Defendant's Motion For An Extension of Time to File Appeal

COMES NOW, ISIDRO ESPINOSA SOLIS, Defendant herein, who, by and through the undersigned attorney of record, respectfully moves that this Honorable Court Grant an extension of time to file Notice of Appeal in this case. Defendant offers the following:

### I.

Counsel for Defendant accidentally missed two days in his count for the date 90 days from the date that the trial court imposed sentence on Defendant. As a result, Defendant respectfully requests that this honorable Court grant Defendant a two day extension to file the Notice of Appeal in this case.

Respectfully submitted:



John David Herrick
The historic Milam building
115 East Travis, Suite 500
San Antonio, Texas 78205
(210) 455-5225
(210) 455-9144- FAX
john@jdherrick.com
Attorney for Defendant Isidro Solis

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of time to file Notice of Appeal has been sent to the Bexar County District Attorneys office at the following address:

Bexar County District Attorney

Paul Elizondo Tower
4th floor
San Antonio, Texas 78205

On this the 30th day of September, 2015.

John David Herrick

Herrick
115 E Travis #500
SA TX 78205

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
01 OCT 2015 PM 1 L

Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Ste. 217
San Antonio, TX. 78205-3411

78205341167

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 OCT -5 P 12:00

BY: _____
DEPUTY

ACCEPTED
04-15-00596-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 10:09:15 PM
KEITH HOTTLE
CLERK

No. <u>2014-CR-2691</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 175TH JUDICIAL DISTRICT |
| | § | |
| ISIDRO ESPINOSA SOLIS | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/15 10:09:15 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

NOW COMES TRENT JACKSON, Defendant herein, who files this Notice of Appeal in the above styled and numbered cause.

Respectfully submitted:

John D. Herrick
115 E. Travis, Suite 500
San Antonio, Texas 78205
(210) 455-5225
(210) 4559144- FAX
SBN: 24000478
Attorney for Isidro Espinosa Solis